# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JIMMY MCDUFFY, III                                                    PLAINTIFF
ADC #158280

v.                                No. 3:25-cv-276-DPM

KATHRERINE ELIZABETH CALAWAY,
Deputy Prosecuting Attorney, Craighead
County Circuit Court;  TERRY JONES,
Public Defender, Craighead County
Circuit Court;  TONI EDISON, Records
Administrator, Post Prison Transfer Board, DOC;
DOE, "Aundrea C.", Deputy Director,
Post Prison Transfer Board, DOC                          DEFENDANTS

## ORDER

1.      The Court directs the Clerk to send McDuffy a copy of *Doc. 1, 2, 3, 5 & 6.*

2.      McDuffy's motion to voluntarily dismiss his claims, *Doc. 6,* is granted.  Fed. R. Civ. P. 41(a)(1)(A)(i).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_8 April 2026_