# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JIMMY MCDUFFY, III                                          PLAINTIFF
ADC #158280


v.                              No. 3:25-cv-276-DPM


KATHRERINE ELIZABETH CALAWAY,
Deputy Prosecuting Attorney, Craighead
County Circuit Court;  TERRY JONES,
Public Defender, Craighead County
Circuit Court;  TONI EDISON, Records
Administrator, Post Prison Transfer Board, DOC;
DOE, "Aundrea C.", Deputy Director,
Post Prison Transfer Board, DOC              DEFENDANTS

## JUDGMENT

McDuffy's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

8 April 2026